IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02588-KLM

KENDRICK SAMUELS,

    Plaintiff,

v.

JOHN L. DAVIS,
PATRICIA BALDWIN,
KERRI BARONI,
RICHARD FISHER,
SGT. JOHNSON,
KERRY BYNES,
THOMAS C. FISHER, M.D.,
CHRISTINE STURGEON, N.P.,
VALERIE EGLEY, R.N., and
JOHN AND JANE DOES,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Limited, Expedited Discovery Concerning Identities of Defendants and Request for Forthwith Determination** [#6] (the "Motion"). Pursuant to Fed. R. Civ. P. 26(d), discovery may be conducted before the Rule 26(f) conference if authorized by court order. "In this district, courts have permitted such expedited discovery upon a showing of good cause." *Liberty Media Holdings, LLC v. Colo. Members of Swarm*, No. 11-cv-01170-WJM-KMT, 2011 WL 1812554, at *1 (D. Colo. May 12, 2011) (citations omitted). Although Plaintiff seeks expedited discovery to obtain the identities of certain potential defendants to add to this lawsuit, there is no indication in the Motion as to who those persons may be. In other words, Plaintiff merely states that there are "missing Defendants" without providing the Court with more concrete information, such as indicating that there was an unidentified correctional officer who did something to Plaintiff on a given day, or that there was an unidentified nurse who failed to do something for Plaintiff on a given day. The Court will not allow Plaintiff a blank check for early discovery absent more specific information. The Court finds that Plaintiff has failed to show good cause. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#6] is **DENIED without prejudice**.

    Dated: October 30, 2014