IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02588-KLM

KENDRICK SAMUELS,

    Plaintiff,

v.

JOHN L. DAVIS,
PATRICIA BALDWIN,
KERRI BARONI,
RICHARD FISHER,
SGT. JOHNSON,
KERRY BYNES,
THOMAS C. FISHER, M.D.,
CHRISTINE STURGEON, N.P.,
VALERIE EGLEY, R.N., and
JOHN AND JANE DOES,

    Defendants.
_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Renewed Motion for Limited, Expedited Discovery Concerning Identities of Defendants and Request for Forthwith Determination** [#8] (the "Motion").[1]  Pursuant to Fed. R. Civ. P. 26(d), discovery may be conducted before the Rule 26(f) conference if authorized by court order.  "In this district, courts have permitted such expedited discovery upon a showing of good cause."  *Liberty Media Holdings, LLC v. Colo. Members of Swarm*, No. 11-cv-01170-WJM-KMT, 2011 WL 1812554, at *1 (D. Colo. May 12, 2011) (citations omitted).  Plaintiff seeks expedited discovery to obtain the identities of certain potential defendants to add to this lawsuit:

---

[1] The Court may rule on a Motion at any time after it is filed.  D.C.COLO.LCivR 7.1(d).

-2-

> The Buena Vista Correctional Center ["BVCC"] is believed to have several unknown nurses, detention officers, and/or supervisory staff who likely participated in the chain of decisions relating to Plaintiff's denial or delay in access to appropriate medical care during November and December 2012, including individuals that Plaintiff has identified in BVCC records associated with BVCC user IDs adhiltz, bjkaspar, and mreglint; BVCC employees responsible for approving and/or scheduling medical surgeries for BVCC inmates; and BVCC employees responsible for obtaining, reviewing, or transmitting [Plaintiff's] medical records to appropriate medical and/or supervisory personnel.

*Motion* [#8] at 3. The Court finds that Plaintiff has provided sufficiently specific information to allow for limited expedited discovery at this stage of the case in order to identify certain John and Jane Doe defendants. Therefore, the Court finds that Plaintiff has shown the requisite good cause. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Plaintiff may serve **three** interrogatories on the identified Defendants within seven (7) days of the date of this Order. Given the pending statute of limitations issue identified by Plaintiff, Defendants shall respond within **seven (7) days** of receiving Plaintiff's three interrogatories.

Dated: November 3, 2014

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge