**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-02588-LTB-KLM

KENDRICK SAMUELS,

    Plaintiff,

v.

JOHN L. DAVIS,
PATRICIA BALDWIN,
KERRI BARONI,
RICHARD FISHER,
BRADLEY JOHNSON,
KERRY BYNES,
THOMAS C. FISHER, M.D.,
CHRISTINE STURGEON, N.P.,
VALERIE EGLEY, R.N.,
BETTY KASPAR, R.N.,
AMY KAMMERZELL, R.N.,
MEGGAN EGLINTON,
JEFFREY HANSEN,
NANCY DAVIS,

    Defendants.

---

**ORDER**

---

The Magistrate Judge recommends that the Defendants' Motion to Dismiss (Doc 15) be granted and that Plaintiff's Amended Complaint (Doc 10) be dismissed with prejudice. The Plaintiff has filed specific written objections to the Magistrate Judge's Recommendation. The Defendants Warden Davis, Baldwin, Baroni, Fisher, Johnson, Bynes, Sturgeon, Kaspar, Kammerzell, Eglinton, Hansen, and Nancy Davis have filed their response to the Plaintiff's objections. Defendant Thomas C. Fisher, M.D., has filed his

independent response to the Plaintiff's objections. Finally, Plaintiff has filed his reply in support of his objections to the Magistrate Judge's Recommendation of dismissal.

Accordingly, I have reviewed the Magistrate Judge's Recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the Magistrate Judge's Recommendation is correct. Accordingly

IT IS ORDERED that the Defendants' Motion to Dismiss (Doc 15) is GRANTED and Plaintiff's Amended Complaint (Doc 10) is DISMISSED WITH PREJUDICE.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: June 22, 2015